

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00021-CV

---

Texas Department of Public Safety, Appellant

v.

Kenneth F. Sanders, Jr., Appellee

---

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-20-000990

---

### J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's denial of the plea to the jurisdiction and render judgment dismissing the disability-discrimination and retaliation claims against Texas Department of Public Safety. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 7th day of October 2025.

                                        MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.